# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Cynthia A Messer,

               Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.                             3:10-cv-419

Michael J. Astrue,

               Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2011 Order.

               Signed: April 20, 2011

               Frank G. Johns, Clerk
               United States District Court